U.S. DISTRICT JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SALLY A. DICKINSON, | ) |
| | ) CIVIL NO. 3:17-cv-05463-TSZ |
| Plaintiff, | ) |
| | ) ORDER FOR EAJA FEES AND EXPENSES |
| vs. | ) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

Plaintiff's motion for attorney's fees and expenses, docket no. 15, is GRANTED. For the reasons set forth in plaintiff's reply, docket no. 18, the Court concludes that the Commissioner's objections to the amount of attorney's fees sought by plaintiff lack merit. The Court is satisfied that plaintiff's counsel expended a reasonable amount of time obtaining the favorable result in this case.

Pursuant to the Equal Access to Justice Act, ("EAJA") 28 U.S.C. §2412, plaintiff is hereby AWARDED attorney's fees of $10,374.23 and expenses in the sum of $8.92. Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), payment of this award shall be sent to plaintiff's attorney Eitan Kassel Yanich at his

ORDER FOR EAJA FEES AND EXPENSES - [3:17-cv-05463-TSZ] - 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

address: Eitan Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA. 98501. If the attorney's fees and expenses awarded herein are not subject to any offset, they shall be paid directly to plaintiff's attorney Eitan Kassel Yanich, either by direct deposit or by check payable to him and mailed to his address.

IT IS SO ORDERED.

DATED this 17th day of October, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

S/EITAN KASSEL YANICH
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER FOR EAJA FEES AND EXPENSES - [3:17-cv-05463-TSZ] - 2